| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Jaguar Distribution Corp.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Jaguar Distribution Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3138466** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **PO Box 4675**<br>**Valley Village, CA 91617**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**3289 El Camino Real Irvine, CA 92602**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **www.JaguarDC.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor     **Jaguar Distribution Corp.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | __5121__ |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ■ Chapter 11. *Check **all** that apply:* |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Debtor   **Jaguar Distribution Corp.**                                                  Case number (*if known*) _____
         Name

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Jaguar Distribution Corp.**                                                                    Case number (*if known*) _____
      Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2020** _____

X _____    **James Wong**
   Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Officer** _____

---

**18. Signature of attorney**

X _____    Date   **July 31, 2020** _____
   Signature of attorney for debtor    MM / DD / YYYY

**Zev M. Shechtman**
Printed name

**Danning, Gill, Israel & Krasnoff, LLP**
Firm name

**1901 Avenue of the Stars, Suite 450**
**Los Angeles, CA 90067-6006**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 277-0077** _____    Email address   **zs@danninggill.com** _____

**266280 CA** _____
Bar number and State

---

---

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known) _____

☐ Check if this is an
    amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2020**       X _____
                                         Signature of individual signing on behalf of debtor

                                         **James Wong**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jaguar Distribution Corp.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA-SFV** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hanway Films Ltd Attn Beverely Cullen 24 Hanway Street London W1T 1UH, UK** | **Beverely Cullen** 020-7290-0750 BC@HanwayFilms. com | **Trade debt - as Licensor and/or Agent for Licensor** | **Unliquidated Disputed** | | | **$1,470,224.42** |
| **Exclusive Films International LLC Attn Business Affairs 9100 Wilshire Blvd, Ste 401E Beverly Hills, CA 90212** | **Unknown** | **Trade debt - Licensor and Assignee under Notice of Assignment** | **Unliquidated Disputed** | | | **$1,320,212.24** |
| **Protagonist Pictures Ltd Attn Henry Law 42-48 Great Portland Street London W1W 7NB, UK** | **Henry Law** Henry@Protagonis tPictures.com +44-0-2077-349000 | **Trade debt - as Licensor and/or Agent for Licensor** | **Unliquidated Disputed** | | | **$792,485.53** |
| **Bloom Media Attn Eduardo de Abreu 400 S Beverly Drive Ste 300 Beverly Hills, CA 90212** | **Eduardo de Abreu** edeabreu@endeav orcontent.com 323-510-3330 | **Trade debt - as Licensor and/or Agent for Licensor** | | | | **$682,776.70** |
| **Icon Entertainment Inc Solar House 1st Floor 915 High Road London N12 8QJ, UK** | **Unknown** | **Trade debt - as Licensor and/or Agent for Licensor** | **Unliquidated Disputed** | | | **$463,273.71** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   **Jaguar Distribution Corp.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Europacorp Attn Simon Briot-Romer Cite du Cinema 20 Rue Ampere 93413 St Denis Cedex France** | **Simon Briot Romer**<br><br>**SBriotromer@Euro pacorp.com +33-1-55-99-50-00** | **Trade debt - as Licensor and/or Agent for Licensor** | **Unliquidated Disputed** | | | **$380,120.04** |
| **Affinity International 9378 Wilshire Blvd Suite 210 Beverly Hills, CA 90212** | **Unknown** | **Trade debt - Licensor** | **Unliquidated Disputed** | | | **$323,122.99** |
| **Blumhouse International Attn Cynthia Kim 2401 Beverly Blvd Los Angeles, CA 90057** | **Cynthia Kim**<br><br>**Cynthia@Blumhou selnternational.co m 213-835-1056** | **Trade debt - as Licensor and/or Agent for Licensor** | | | | **$309,456.66** |
| **Exclusive Media Group Attn Business Affairs 9100 Wilshire Blvd Ste 401E Los Angeles, CA 90012** | **Unknown** | **Trade debt - Licensor and Assignee under Notice of Assignment** | | | | **$304,652.38** |
| **Mongrel Media Inc Attn Michaela Tobin 1028 Queen St West Toronto, ONTARIO MGJ 1H6** | **Michaela Tobin**<br><br>**Michaela@mongrel media.com 415-516-9775** | **Trade debt - as Licensor and/or Agent for Licensor** | | | | **$293,184.08** |
| **Seville/E-One Ent Attn Ragavi Akilananthan 400 de Maisonneuve Blvd West #1120 Montreal, Quebec H3A 1L4** | **Ragavi Akilananthan**<br><br>**RAkilananthan@en tonegroup.com 416-646-2400** | **Trade debt - as Licensor and/or Agent for Licensor** | | | | **$240,190.22** |
| **Cinema Management Group 8383 Wilshire Blvd Ste 320 Beverly Hills, CA 90211** | **Unknown** | **Trade debt - Licensor** | **Unliquidated Disputed** | | | **$193,700.12** |
| **Altitude Film Sales Limited Attn  Mike Runagall 34 Fouberts Place London W1F 7PX, UK** | **Mike Runagall**<br><br>**charliekemball@alt itudefilmsales.com** | **Trade debt - as Licensor and/or Agent for Licensor** | | | | **$191,845.54** |

Debtor   **Jaguar Distribution Corp.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nu Image, Inc (Millenium Films) Attn Gustavo Santana 6423 Wilshire Blvd Los Angeles, CA 90048 | Gustavo Santana GSantana@millennium-media.net | Trade debt - Licensor | | | | $184,332.94 |
| Inferno Entertainment Inc 1888 Century Park East Suite 1540 Los Angeles, CA 90067 | Unknown | Trade debt - Licensor | Unliquidated Disputed | | | $171,375.78 |
| Independent Film Sales Attn Asia Muci 195 Wardour St London W1F 8ZG, UK | Asia Muci Asia@IndependentFilmCompany.com +44-20-7257-8734 | Trade debt - as Licensor and/or Agent for Licensor | | | | $170,002.35 |
| Embankment Films Attn Libby Darcy Little Ashlake Ashlake Copse Road Ryde PO33 4EY | Libby Darcy LD@EmbankmentFilms.com +44-0-207-183-4739 | Trade debt - as Licensor and/or Agent for Licensor | | | | $162,267.03 |
| Sierra Affinity LLC Attn Cynthia Griffiths 9378 Wilshire Blvd Ste 210 Beverly Hills, CA 90212 | Cynthia Griffiths Cynthia@Sierra-Affinity.com 424-253-1060 | Trade debt - as Licensor and/or Agent for Licensor | | | | $139,760.29 |
| Studio 100 Media Attn Stefan Breyer Neumarkter Str 18-20 81673 Munchen Germany | Stefan Breyer Stefan.Breyer@Studio100media.com +49-89-960-855-155 | Trade debt - as Licensor and/or Agent for Licensor | | | | $130,919.21 |
| Celsius Entertainment Attn Thierry Wase-Bailey 249 Grays Inn Road London WC1X 8QZ, UK | Thierry Wase-Bailey twb@celsiusentertainment.com +44-207-193-1801 | Trade debt - as Licensor and/or Agent for Licensor | Unliquidated Disputed | | | $123,138.52 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California-SFV

In re   **Jaguar Distribution Corp.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey S. Klein<br>4651 Morse Ave<br>Sherman Oaks, CA 91423** | **Privately held shares of stock** | **100%** | **Shareholder Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 31, 2020**

Signature

**James Wong**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Irvine_____ , California.

Date: _____July 31, 2020_____

_____
**James Wong**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $      **1,768,195.26**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $      **1,768,195.26**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$      **9,018,419.66**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b    |    $      **9,018,419.66**

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Western Bank**<br>**1880 Century Park East, Suite 100**<br>**Los Angeles, CA 90067** | **Checking** | **1110** | **$9,257.51** |
| 3.2. | **East West Bank**<br>**9378 Wilshire Blvd., Suite 100**<br>**Beverly Hills, CA** | **Checking Account** | **9703** | **$421,726.75** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$430,984.26** |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Prepaid insurance, including general liablity, workers' compensation, disability and medical** | | | **$3,326.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Jaguar Distribution Corp.**                                          Case number *(If known)* _____
              Name

| 8.2. | **Taxes** | $800.00 |

| 9. | **Total of Part 2.** | $4,126.00 |
|  | Add lines 7 through 8. Copy the total to line 81. |  |

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** |
|  | 11a. 90 days old or less: |

11a. 90 days old or less:    375,472.00  -  56,127.00  = ....  $319,345.00
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    930,357.00  -  98,116.00  =....  $832,241.00
                        face amount        doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $1,151,586.00 |
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 39. | **Office furniture** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**40.**  **Office fixtures**

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | **In storage: 3 computers and accessories** | $1,000.00 | estimated market | $1,000.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. | **In storage:  framed movie posters** | $100.00 | estimated market | $100.00 |
|---|---|---|---|---|

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$1,100.00

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** **http://www.jaguardc.com** | Unknown | | Unknown |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Jaguar Distribution Corp.**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **Distribution Licenses - Licenses to distribute motion pictures world-wide to: (a) airlines and (b) watercraft (including but not limited to, passenger vessels, the merchant marine, ferry boats and hovercraft), all carrying the flag of or registered in every nation or territory of the world (with some exclusions).  See Schedule G** | Unknown | N/A | Unknown |
| **"Distribution Rights and Services Agreement" with Sylvic Holdings, LLC in connection with the motion picture "Collette"  (See Schedule G)** | Unknown | N/A | Unknown |
| **"Distribution Rights and Services Agreement" with Sylvic Holdings, LLC in connection with the motion picture "Bad Education" (See Schedule G - pending termination)** | Unknown | N/A | Unknown |

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                            **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Jaguar Distribution Corp.**
          Name                                                    Case number *(If known)*

     **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
          country club membership

     **Loans to shareholder**                                            $180,399.00

78.    **Total of Part 11.**                                          | $180,399.00 |
          Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Jaguar Distribution Corp.**                                Case number *(If known)* _____

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $430,984.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,126.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,151,586.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $180,399.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,768,195.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,768,195.26 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Jaguar Distribution Corp.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA-SFV__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 82680**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Employment Development Dept.**<br>**P. O. Box 82676**<br>**Sacramento, CA 94230-6276** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    40247                    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | | Case number (if known) | |
|--------|------------------------------|---|-----------------------|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---------------------------------------------|-----------------------------------------------|-------|-------|

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **For notification purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---------------------------------------------|-----------------------------------------------|-------|-------|

**Franchise Tax Board**
**P.O. Box 942857**
**Sacramento, CA 94257-0531**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **For notification purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---------------------------------------------|-----------------------------------------------|-------|-------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **For notification purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---------------------------------------------|-----------------------------------------------|-------|-------|

**Los Angeles County Tax Collector**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|
| | **For notification purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Los Angeles County Tax Collector**<br>**Kenneth Hahn Hall of Admin.**<br>**225 N. Hill Street, Rm. 160**<br>**Los Angeles, CA 90012** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State Board of Equalization**<br>**Account Information Group MIC 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **120dB Films Lending LLC**<br>**Attn Mr Stephen Hays**<br>**75 Mill River Road, So Salem**<br>**South Salem, NY 10590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Assignee under Notice of Assignment - "Reclaim"** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.02** |
|---|---|---|---|
| | **6 Sales**<br>**Alto de las Cabanas**<br>**5 Las Rozas**<br>**Madrid 28231 Spain** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt - Licensor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **99 Homes Productions**<br>**14958 Ventura Boulevard**<br>**Sherman Oaks, CA 91403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt - Licensor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.4** | **Nonpriority creditor's name and mailing address**
A24 International LLC
601 West 26th Street
Suite 1740
New York, NY 10001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**$785.28**

---

**3.5** | **Nonpriority creditor's name and mailing address**
Affinity International
9378 Wilshire Blvd
Suite 210
Beverly Hills, CA 90212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**$323,122.99**

---

**3.6** | **Nonpriority creditor's name and mailing address**
Age of Heroes Films Limited
c/o Content Media Corporation
International Limited as agent
19 Heddon Street
London W1B 4BG, UK

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** | **Nonpriority creditor's name and mailing address**
Agile Stray Beast Limited
68-22 Redchurch Street
London E2 7DP UK, UK

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** | **Nonpriority creditor's name and mailing address**
AIBMS LLC
c/o Content Media Corporation
International Limited as agent
19 Heddon Street
London W1B 4BG, UK

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** | **Nonpriority creditor's name and mailing address**
Airclight Films International Pty
Suite 228 (FSA #40) Building 61
Driver Ave Moore Park
NSW 2021 Sydney

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** | **Nonpriority creditor's name and mailing address**
Alchemy
5900 Wilshire Blvd Ste 2750
Los Angeles, CA 90036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

**$3,372.02**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.20**

**Aldamisa International**
**15760 Ventura Boulevard**
**Suite 1450**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191,845.54**

**Altitude Film Sales Limited**
**Attn  Mike Runagall**
**34 Fouberts Place**
**London W1F 7PX, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - as Licensor and/or agent for Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**AMBI Film Distribution**
**Attn Craig Kelner**
**9454 Wilshire Boulevard**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - as Licensor and/or agent for Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,031.75**

**American Mary Productions**
**c/o Post Hoc Management**
**750 Grand Street #7S**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anagram Films Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anomalisa LLC**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106.25**

**Archimedia Productions LTD**
**223-231 Old Marylebone Road**
**London England NW1 5QT, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.18**

Nonpriority creditor's name and mailing address
**Arclight Films International**
**Attn Gary Hamilton**
**Building 125  Ste 108**
**The Entertainment Quarter Lang Road**
**Moore Park NSW 2021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address
**Arclight Films International Pty LT**
**Attn Chris Perry**
**8447 Wilshire Blvd Ste 101**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address
**Arthouse Films**
**80 Greene St**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **$384.83**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

Nonpriority creditor's name and mailing address
**Astrablu Media**
**9190 W. Olympic Blvd**
**Suite 420**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **$2,472.08**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**

Nonpriority creditor's name and mailing address
**Backwell Productions Limited**
**15 Golden Square**
**London W1F 9JG, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Pudsey"**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

Nonpriority creditor's name and mailing address
**Bank Leumi**
**Attn David K Henry**
**555 West 5th St Ste 3300**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment -  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

Nonpriority creditor's name and mailing address
**Bank Leumi (UK)**
**Attn Stuart Woodward**
**& Elisa Alvarest**
**20 Stratford Place**
**London W1C 1BG, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - Breathe**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jaguar Distribution Corp.**
_____
Name

Case number (if known) _____

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,094.77 |
|---|---|---|---|

**Bankside Films**
**Douglas House 3**
**Richmond Buildings**
**London W1D 3HE, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BC Pictures, LLC**
**8730 Wilshire Boulevard**
**Suite 350**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Bel Canto"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Berserk Films EHF**
**Hverfisgata 54 1010**
**Reykjavik Iceland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.15 |
|---|---|---|---|

**Blacklight Films**
**3371 Cahuenga Blvd. West**
**Los Angeles, CA 90068**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blinder Films Limited**
**First Floor 71 Dame Street**
**Dublin 2 Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $682,776.70 |
|---|---|---|---|

**Bloom Media**
**Attn Eduardo de Abreu**
**400 S Beverly Drive Ste 300**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,889.46 |
|---|---|---|---|

**Blue Fox Entertainment 2 LLC**
**1801 Century Park East**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blueprint Pictures (Posh) Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309,456.66** |
|---|---|---|---|

**Blumhouse International**
**Attn Cynthia Kim**
**2401 Beverly Blvd**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bold Films UK Limited**
**17-19 Maddox Street**
**Mayfair London W1S 2QH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Colette"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BOS Entertainment**
**4500 Wilshire Boulevard**
**2nd Floor**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breathe Films Limited**
**71 Victoria Street**
** London EC4V 4BE, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**British Broadcasting Company**
**Attn Head of Legal & Business**
**Affairs**
**c/o BBC Films, Zone A 7th Floor**
**Portland Place London W1A 1AA, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - On Chesil Beach, Their Finest Hour and A Half**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,806.57** |
|---|---|---|---|

**Bros The Film Limited**
**7A Bayham Street Camden**
**London England NW1 0EY, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Burmester, Duncker & Joly**
**Attn Hendrick Bockelmann**
**GMBH & Co KG Trading under the name**
**of DFG Deutsche Film Trostbrucke 1**
**Hamburg Germany**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Assignee under Notice of Assignment - "On Chesil Beach," "A Royal Night Out," and "Their Finest Hour and a Half."**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bushbranch Films Limited**
**Suite 3 Old Kings Head Court**
**11 High Street**
**Dorking Surrey**
**RH4 1AR, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Calvary Films Limited**
**10 Vicarage Court Vicarage Gate**
**London W8 4HE, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Caught In Flight Films Limited**
**Brigade House 8 Parsons Green**
**London SW6 4TN, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,138.52** |
|---|---|---|---|

**Celsius Entertainment**
**Attn Thierry Wase-Bailey**
**249 Grays Inn Road**
**London WC1X 8QZ, UK**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,488.22** |
|---|---|---|---|

**Charades**
**17 Boulevard Jules Ferry**
**Paris France  75011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193,700.12** |
|---|---|---|---|

**Cinema Management Group**
**8383 Wilshire Blvd Ste 320**
**Beverly Hills, CA 90211**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Cinemagic**
**49 Botanic Avenue**
**Belfast Bt7 1JL, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,076.40**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Cinetic Media**
**555 West 25th Street**
**4th Floor**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,539.54**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Colette Film Holdings LTD**
**17-19 Maddox Street**
**Mayfair London W1S 2QH, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Colette"**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Colony Productions (Ontario) Inc**
**and Productions Colony (Quebec) Inc**
**1 Atlantic Avenue Ste 100**
**Toronto Ontario**
**M6K 3E7 Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Comerica**
**Attn  Adam J Korn/Todd Steiner**
**2000 Avenue of the Stars Ste 210**
**Los Angeles, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Colette",
"The Mechanic 2", "Parkland","Pele", "Rush", "Unlocked","Jane Got a
Gun"**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Content Media Corporation
International Limited**
**19 Heddon Street**
**London W1B 4BG, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,080.08**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Coutts & Co**
**Attn Karl Dye**
**440 Strand**
** London WC2R 0QS, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - Finding your
feet**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,239.95 |
|---|---|---|---|

**Curzon Artificial Eye**
**12 Stukeley Street**
**London WC2B 5LR, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Curzon Film World Limited**
**2nd Floor 22 Stukeley St**
**London WC2B 5LR, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dakota Group Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dancing Dog Distribution Limited**
**Big Room Studios**
**77 Fortress Road**
**London NW5 1AG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Assignee under Notice of Assignment - "Pudsey"**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denmark 92 APS**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diagonal Televisio SAU and**
**A Contracorriente Films SI Spain**
**c/o Celsius Entertainment LTD**
**29 Brook Mews North Hyde Park**
**London W2 3BW England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dico Filme LLC**
**Attn Ivan Orlic**
**9229 Sunset Blvd Ste 610**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor and**
**Party to NOA - "Pele"**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Disconnect LLC**
**Attn Business Affairs**
**9000 Sunset Blvd Ste 600**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DKT Films Limited**
**c/o Content Media Corporation**
**International Limited as agent**
**19 Heddon Street**
**London W1B 4BG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dog License Limited**
**Big Room Studios**
**77 Fortress Road**
**London NW5 1AG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Assignee under Notice of Assignment - "Pudsey"

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,750.12** |
|---|---|---|---|

**Dogwoof LTD**
**19-23 Ironmonger Row**
**London EC1V 3QN, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**E&N Investments LLC**
**c/o Cohen Gardner LLP**
**Attn Evan Arnold**
**345 N Maple Drive Ste 181**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$727.41** |
|---|---|---|---|

**E1 Entmnt Int'l**
**134 Peter St  Ste 700**
**Toronto**
**Ontario, Canada M5V 2H2**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,293.28** |
|---|---|---|---|

**Ealing Metro International**
**Attn  Natalie Brenner**
**16 Lincoln's Inn Fields**
**London WC2A 3ED, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Jaguar Distribution Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**East West Bank**
**Attn Chanell Chen & Deborah Acoca**
**Entertainment Banking Group**
**9378 Wilshire Blvd**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Skiptrace"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eastgate Pictures**
**5329 South Slauson Avenue**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Electric Distribution**
**962 N  La Cienega Blvd**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Element Pictures Limited and**
**Skopia Film Sp z o o**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eleven Foot Pole**
**125 Watts Street 1st Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,279.95**

**Elle Driver**
**66, Rue de Miromesnil**
**Paris France   75008**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454.50**

**Ellen M Krass Productions Inc**
**14711 Leadwell St**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162,267.03** |
|---|---|---|---|

**Embankment Films**
**Attn Libby Darcy**
**Little Ashlake**
**Ashlake Copse Road**
**Ryde PO33 4EY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Endeavor Content**
**Attn  Ryan Friscia**
**9601 Wilshire Blvd**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,800.00** |
|---|---|---|---|

**Endgame Entertainment**
**9100 Wilshire Blvd**
**Suite 100W**
**Beverly Hills, CA 90212**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EP Frank Limited**
**21 Mespil Road**
**Dublin 4  Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EP Sacred Deer Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380,120.04** |
|---|---|---|---|

**Europacorp**
**Attn Simon Briot-Romer**
**Cite du Cinema**
**20 Rue Ampere 93413**
**St Denis Cedex France**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**European Film Bonds A/S**
**Attn Per Neumann & Johan Ewing**
**Knabrostraede 30**
**1210  Copenhagen K**
**Denmark**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "On Chesil Beach, " "A Royal Night Out," and "Their Finest Hour and a Half."**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,614.33**

**Excel Entertainment**
**4910 W Amelia Earheart Drive**
**Suite 1**
**Salt Lake City, UT 84116**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320,212.24**

**Exclusive Films International LLC**
**Attn Business Affairs**
**9100 Wilshire Blvd, Ste 401E**
**Beverly Hills, CA 90212**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - Licensor and Assignee under Notice of Assignment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Exclusive Media Distribution LLC**
**and Rush Film Holdings LLC**
**Attn Business Affairs**
**9100 Wilshire Blvd Ste 401E**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Assignee under Notice of Assignment  - "Rush" (Licensor)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304,652.38**

**Exclusive Media Group**
**Attn Business Affairs**
**9100 Wilshire Blvd Ste 401E**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - Licensor and Assignee under Notice of Assignment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Film Bridge International Inc**
**Attn Lori Matheson**
**1316 Third St Promenade Ste 105**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt - Licensor and/or agent to Licensor For notification purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Film Finances Inc**
**15 Conduit Street**
**London W1S 2XJ, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Assignee under Notice of Assignment -  "At Eternity's Gate"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Film Finances, Inc**
**Attn James Shirras/Gregg Trattner**
**9000 Sunset Boulevard Suite 1400**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment- "Bel Canto," "Fisherman's Friend," "Pudsey," "Colette," "Heartbeats," "Breathe," "Elvis & Me," "Final Portrait," "Finding Your Feet," "Jane Got A Gun," "Mechanic 2," "Parkland," "Pele," "Rush,""Unlocked."**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Film Finances, Inc**
**250 The Esplanade Ste 204**
**Toronto, Ontario M5A 1J2**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Maudie"**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Film London Limited**
**Suite 6-10 Tea Building**
**56 Shoreditch High Street**
**London E1 6JJ, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Filmrise**
**Attn Melissa Wohl**
**220 36th Street Unit 4A**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Final Portrait Commissioning Ltd**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Finding Your Feet Limited**
**Attn Andrew Berg**
**14 David Mews**
**London W1U 6EQ, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - Finding your feet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.35 |
|---|---|---|---|

**First Position Films**
**c/o Bess Kargman**
**5659 West 8th Street**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.94**

Nonpriority creditor's name and mailing address

**Fisherman Films Limited**
**48 Beack Street**
**London W1F 9RL, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Fisherman's Friend"**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.95**

Nonpriority creditor's name and mailing address

**Foresight Unlimited**
**2934 1/2 Beverly Glen**
**Suite 900**
**Los Angeles, CA 90077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4.70**

---

**3.96**

Nonpriority creditor's name and mailing address

**Fortissimo Films**
**Van Diemenstraat 100**
**1013 CN**
**Amsterdam Netherlands**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,300.00**

---

**3.97**

Nonpriority creditor's name and mailing address

**Fortitute International**
**15260 Ventura Blvd**
**Suite 1040**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,586.83**

---

**3.98**

Nonpriority creditor's name and mailing address

**Fotokem**
**2801 W Alameda Avenue**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Labs**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.99**

Nonpriority creditor's name and mailing address

**Four In A Billion Pictures LLC**
**Attn Geeta V Patel**
**5121 Westpark Dr Unit 10**
**North Hollywood, CA 91601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100**

Nonpriority creditor's name and mailing address

**Front Row Filmed Entertainment**
**Al Garhoud Building**
**Plot P #134**
**Garhoud Off #301**
**DUBAI 49714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,900.19**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Georgia Film Fund 38 LLC**
**8200 Wilshire Blvd Third Fl**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,015.10** |
|---|---|---|---|

**Global Screen GMBH**
**Sonnestrasse 21 D 80331**
**Munchen   GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GNO Films Limited**
**c/o Hanway Films Limited as Agent**
** 24 Hanway St**
** London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GNO Films Limited**
**Attn Mark Woolley**
**c/o North Light Film Studios Brook**
**Brooks Mill Armitage Bridge**
**Huddersfield HD4 7, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "A Royal Night Out" (Licensor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gnomes Limited**
**c/o 3QU Animation LLC**
**PO Box 4220**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Golan Films Limited**
**Attn Directors**
**15 Golden Square**
**London W1F 9JG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - On Chesil Beach**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,172.08** |
|---|---|---|---|

**Goldcrest Films International**
**65-66 Dean Street**
**London  W1D 4PL, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,157.93** |
|---|---|---|---|

**Good Machine Int'l**
**417 Canal Street 4th Floor**
**New York, NY 10013**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Goon 2 Productions Inc**
**777 Kipling Ave Unit 200**
**Toronto ON M8Z 5Z4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,190.40** |
|---|---|---|---|

**Great Point Media Limited**
**14 Floral Street**
**3rd Floor**
**London WC2E 9DH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg M Seigel CPA**
**182321 Ventura Boulevard Ste 915**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notification purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guild of Assassins Ltd**
**74 Riversdale Road**
**London N5 2JX, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,276.08** |
|---|---|---|---|

**Gutta Percha Productions**
**Attn Keith Bank**
**600 Central Avenue Ste 390**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hanway Films Limited**
**Attn Peter Watson & Justin Kelly**
**24 Hanway Street**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Their Finest Hour and a Half", "A Royal Night Out"**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470,224.42** |
|---|---|---|---|

**Hanway Films Ltd**
**Attn Beverely Cullen**
**24 Hanway Street**
**London W1T 1UH, UK**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt -as  Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hanway Highrise Limited**
**24 Hanway Street**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HanWay Lennon Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hanway Storm Limited**
**24 Hanway Street**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hanway Swallows Limited**
**24 Hanway Street**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Head Gear Films FN LTD**
**Ashley House  12 Great Portland St**
**London W1W 8QN, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Fisherman's Friend"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heartbeats Production LLC**
**Attn Sriram Das and Shara Kay**
**2924 1/2 Main Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Heartbeats"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**High Strung LLC**
**Attn  Michael Damian**
**8530 Wilshire Blvd Ste 200**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hiko Cinema LLC**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.01**

**Honeytrap LTD**
**52 Talbot Road**
**London N6 4QP, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,101.77**

**Hyde Park International**
**15456 Ventura Blvd Suite 302**
**Sherman Oaks, CA 91403**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$463,273.71**

**Icon Entertainment Inc**
**Solar House 1st Floor**
**915 High Road**
**London N12 8QJ, UK**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - as Licensor and/or agent for Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ifeatures Limited**
**First Floor 71 Dame Street**
**Dublin 2 Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.66**

**IM GLobal, LLC**
**8322 Beverly Blvd**
**Los Angeles, CA 90048**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt - Licensor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address

**Image Entertainment**
**20525 Nordhoff St Suite 200**
**Chatsworth, CA 91311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Trade debt - Licensor__

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,612.50**

---

**3.130** | Nonpriority creditor's name and mailing address

**Independent Film Sales**
**Attn Asia Muci**
**195 Wardour St**
**London W1F 8ZG, UK**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt - Licensor__

Is the claim subject to offset? ☑ No  ☐ Yes

**$170,002.35**

---

**3.131** | Nonpriority creditor's name and mailing address

**Inferno Entertainment Inc**
**1888 Century Park East**
**Suite 1540**
**Los Angeles, CA 90067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Trade debt - Licensor__

Is the claim subject to offset? ☑ No  ☐ Yes

**$171,375.78**

---

**3.132** | Nonpriority creditor's name and mailing address

**Ingenious Project Finance Limited**
**Attn  Directors**
**15 Golden Square**
**London WIF 9JG, UK**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Assignee under Notice of Assignment- "At Eternity's Gate," "On Chesil Beach, " "Their Finest Hour and a Half," and "A Royal Night Out"__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address

**Intermedia Film Dist Ltd**
**9350 Civic Center Sr**
**Suite 100**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Trade debt - Licensor__

Is the claim subject to offset? ☑ No  ☐ Yes

**$232.19**

---

**3.134** | Nonpriority creditor's name and mailing address

**It Had to Be You LLC**
**1666 West 107th St #1C**
**New York, NY 10025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt - Licensor__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.135** | Nonpriority creditor's name and mailing address

**IWS Pudsey Limited**
**Grove House  Coombs Wood Court**
**Steel Park Road  Halesowen**
**West Midlands B62 8BF, UK**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Assignee under Notice of Assignment - "Pudsey"__

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffrey Klein**
**4651 Morse Ave.**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jellyfish Bloom**
**Attn Business Affairs**
**400 S. Beverly Drive, Suite 300**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Bel Canto," "The Informer," "Unlocked," "Elvis & Nixon,"**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joy Channel Corporation**
**Attn Qun GAO VP**
**c/o Shanghai New Culture Media Grp**
**444 East Jiangwan Rd 3rd Area**
**Shanghai, China 200081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Skiptrace"**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,483.01 |

**K5 Int'l GMBH**
**Konradinstrasse 5**
**Munich GERMANY   81543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,376.15 |

**Kaleidoscope Film Distribution Ltd**
**6th Floor**
**Dufours Place**
**London W1F 7SP, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,468.80 |

**KEW Media International Ltd Film**
**19 Heddon St**
**London  W1B 4BG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,868.69 |

**KEW Media TV Deal**
**Attn  Matthew Grosser**
**19 Heddon St**
**London W1B 4BG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEW Media TV Deal Pkg 2**
**Attn:  Matthew Grosser**
**19 Heddon St**
**London W1B 4BG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Killer Bees Entertainment Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kimmell Distribution LLC**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kinobild Releasing LLC**
**533 S. Burlingame Ave**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kinology**
**Attn Mr Gregoire Melin**
**30 rue Moret**
**75011 Paris France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakeshore Entertainment Group LLC**
**9268 W Third Street**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**
**For notification purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Last Desert Days LLC**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,183.91**

**Legacy Rights Limited**
**48 Beak Street**
**London W1F 9RL, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt -as Licensor and/or agent for Licensor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lev Pictures BV**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lip Sync Productions LLP**
**195 Wardour St**
**London W1B 4BG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Assignee under Notice of Assignment - "Colette"

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Look of Love LLC**
**15233 Ventura Blvd**
**Ste 610**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,097.08**

**Lotus Entertainment**
**9701 Wilshire Blvd**
**Suite 800**
**Beverly Hills, CA 90212**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$786.67**

**Love Child Productions Inc**
**1 Atlantic Ave**
**Toronto, Ontario**
**Canada M6K 3E7**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade debt - Licensor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lowsun Productions Limited**
**Attn Directors**
**15 Golden Square**
**London W1F 9JG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Assignee under Notice of Assignment - Final Portrait

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LT2 Films Limited**
**c/o Embankment Films Ltd as agent**
**Little Ashlake Ashlake Copse Road**
**Ryde Isle Of Wigt**
**PO33 4EY, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt, Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,987.25**

**Magic Light**
**63 Charlotte Street**
**London W1T 4PG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$956.18**

**Magnify Entertainment LLC**
**1055 Thomas Jefferson St NW**
**Suite 650**
**Washington, DC 20007**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$523.58**

**Magnolia Pictures**
**49 W 27th St 7th Fl**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$868.73**

**Mainsail LLC**
**5836 South Pecos Road**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,786.52**

**Majestic Films & Television**
**The Quadrangle 4th Floor**
**180 Wardour St**
**London  W1V 3AA, UK**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357.43**

**Maximum Films Int'l Inc**
**400 de Maisonneuve Blvd West**
**Suite 1120**
**Montreal, Quebec**
**Canada H3A 1L4**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt - Licensor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ME2 Productions, Inc**
**Attn Business Affairs**
**318 N. Carson St Ste 208**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Assignee under Notice of Assignment,  Licensor and/or Borrower - The Mechanic 2</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.18** |
|---|---|---|---|

**Memento Films International**
**9 Cite Paradis**
**Paris 75010   FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt - Licensor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,336.40** |
|---|---|---|---|

**Metfilm Sales**
**Building A  Ealing Studios**
**Ealing Green  Ealing**
**London,  5 5EP, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt - Licensor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.15** |
|---|---|---|---|

**Metro Real Entertainment**
**16 Lincoln's Inn Fields**
**London WC2A 3ED, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt - Licensor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,726.67** |
|---|---|---|---|

**Metropolis International Sales LTD**
**Canon House - 27 London End**
**Beaconsfield**
**Bucks HP9 2HN, UK**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt - Licensor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mike and Marty Productions LLC**
**c/o Film Bridge International Inc**
**as agent**
**1316 Third St Promenande Ste 105**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Assignee under Notice of Assignment - "Beyond Deceit"</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,779.91** |
|---|---|---|---|

**Millenium Films**
**Attn Gustavo Santana**
**6423 Wilshire Boulevard**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt - as Licensor and/or agent for Licensor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Minnows Films Limited**
**58-60 Rivington Street**
**London EC2A 3AU, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.22** |
|---|---|---|---|

**Modern Verge LLC**
**2211 Broadway Suite 7A**
**New York, NY 10024**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Moneyglass Films Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293,184.08** |
|---|---|---|---|

**Mongrel Media Inc**
**Attn Michaela Tobin**
**1028 Queen St West**
**Toronto, ONTARIO MGJ 1H6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Monterey Media**
**566 Saint Charles Drive**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**
**For notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,649.70** |
|---|---|---|---|

**Moving Pictures Film & Television**
**2850 Ocean Park Blvd**
**Suite 292**
**Santa Monica, CA 90405**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Muse Entertainment**
**Attn Shawn Rosengarten**
**3451 St Jacques St**
**H4C 1H1 Montreal, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Jaguar Distribution Corp.**                                   Case number (if known)
_____
Name

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,129.51** |

**Myriad Pictures**
**11845 West Olympic Boulevard**
**Suite 850W**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**National Bank of Canada**
**600 Rue de la Gauchetlere West**
**Ground Floor**
**Montreal Quebec H3B 4L2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Bel Canto"**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Natixis Conficine (Natixis)**
**Attn  Christophe Vidal**
**of 6 rue de l'Amiral Hamlin F 75116**
**Paris, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "At Eternity's Gate"**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Neue Road Movies Dritte**
**Produktionen GmbH**
**c/o Hanway Films Ltd as agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nice Guys LLC**
**Attn:  Douglas B. McClure**
**2434 Main Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184,332.94** |

**Nu Image, Inc**
**(Millenium Films)**
**Attn Gustavo Santana**
**6423 Wilshire Blvd**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Number 9 Films (Chesil) Limited**
**8-9 Stephen Mews**
** London W1T 1AF, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor and/or Assignee under Notice of Assignment**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 29 of 47

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.185**

**Nonpriority creditor's name and mailing address**
**Number Nine Films (Limehouse) Ltd**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Odin's Eye Entertainment**
**Attn  Michael Favelle**
**Level 2 85 The Grand Parade**
**PO Box 173 - Brighton Le Sands**
**2216 SYDNEY, AUSTRALIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Odyssey Entertainment**
**10 James Street**
**Covent Garden**
**London WC2E 8BT, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$579.46

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Pacific Mercantile Bank**
**Attn Dan Jahns and Adrian Ward**
**9720 Wilshire Blvd Ste 210**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Assignee under Notice of Assignment - "Heartbeats"
and "Beyond Deceit"__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Painted House Films, Inc**
**Attn Mary Young Leckie and**
**Heather Haldane**
**412 Roncesvalles Ave Ste 207**
**Toronto ON M6R 2N2**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Licensor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Paprika Financing LLC**
**Attn Mr Luillo Ruiz**
**43 Mallorca St Floral Park**
**San Juan, PR 00917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Assignee under Notice of Assignment - "Reclaim"__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Paradox Entertainment Inc**
**Attn Fredrik Malmberg**
**8484 Wilshire Blvd Ste 570**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Assignee under Notice of Assignment -  "Reclaim"__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.192** | Nonpriority creditor's name and mailing address
**Parallel Films (Maudie) LTD**
**Attn Johanna Hogan & Susan Mullen**
**Suite 29 The Mall Beacon Court**
**Sandyford Dublin 18 Ireland**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193** | Nonpriority creditor's name and mailing address
**Pathe Pictures International**
**6 Ramillies Street**
**London W1F 7TY, UK**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**$5,156.87**

---

**3.194** | Nonpriority creditor's name and mailing address
**Paular Entertainment**
**899 Island Drive**
**Suite 302**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,602.40**

---

**3.195** | Nonpriority creditor's name and mailing address
**PCF Goon 2 The Movie Inc**
**5606 Avenue de Gaspe Ste 703**
**Montreal Quebec H2T 2A4**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196** | Nonpriority creditor's name and mailing address
**Persistence of Vision Films**
**75 Third Place**
**Suite 302**
**Brooklyn, NY 11231**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**$404.62**

---

**3.197** | Nonpriority creditor's name and mailing address
**Philomath Films**
**454 1/2 N Spaulding Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**$4.38**

---

**3.198** | Nonpriority creditor's name and mailing address
**Pick of the Litter Movie LLC**
**PO Box 3033**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt - Licensor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pinewood Films Limited**
**Attn Robert Norris**
**Pinewood Studios Pinewood Road**
**Iver, Buckinghamshire**
**SL0 0NH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Their Finest Hour and a Half"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PM/IN Finance LLC**
**331 Foothill Rd 3rd Fl**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Postman Pat: The Movie Ltd**
**90 High Holburn**
**London WC1V 6XX, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ProSight Syndicate 110 at Lloyds of**
**London**
**London Underwriting Center Level 7**
**3 Minster Court Mincing Lane**
**London  EC3R 7DD, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment  - "Beyond Deceit" and "Reclaim"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$792,485.53** |
|---|---|---|---|

**Protagonist Pictures Ltd**
**Attn Henry Law**
**42-48 Great Portland Street**
**London W1W 7NB, UK**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pulse Films SPV 1 Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233.22** |
|---|---|---|---|

**QED Distribution LLC**
**1800 Highland**
**5th Floor**
**Los Angeles, CA 90028**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Quickbake Productions Limited**
**Attn Directors**
**15 Golden Square**
**London W1F 9JG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - A Royal Night Out**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ralfish Films Limited**
**Attn Directors**
**15 Golden Square**
**London, W1F 9JG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$148.99** |
|---|---|---|---|

**Ready Refresh by Nestle**
**Div of Nestle Waters No America**
**PO Box 856158**
**Louisville, KY 40285-6158**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts Payable - Office Water**

Last 4 digits of account number  2120

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebel Movie LLC**
**9301 Wilshire Blvd Ste 604**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Reclaim Film, LLC**
**Attn Gary Hamilton**
**c/o Arclight Films International**
**Ste 228 Bldg 61 (FSA NO. 40) Driver**
**Annum Moore Park 2021, Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Reclaim"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$441.81** |
|---|---|---|---|

**Red Granite International Inc**
**9255 Sunset Blvd Ste 710**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor; Assignee under Notice of Assignment - "Wolf of Wall Street"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Red Velvet Films Limited**
**26 Church Street Bishops Stortford**
**Herts CM23 2LY, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.213**

Nonpriority creditor's name and mailing address

**Regent Entertainment**
**10990 Wilshire Blvd.**
**Los Angeles, CA 90024**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

$442.27

---

**3.214**

Nonpriority creditor's name and mailing address

**Revolving Movie LLC**
**c/o Film Bridge International Inc**
**as agent**
**1434 6th St Ste 9**
**Santa Monica, CA 90401**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.215**

Nonpriority creditor's name and mailing address

**Rezo Films**
**29 rue du Faubourg Poissonniere**
**Paris, France   75009**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

$304.20

---

**3.216**

Nonpriority creditor's name and mailing address

**Ripkin Productions Limited**
**Attn Directors**
**15 Golden Square**
**London W1F 9TG, UK**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "Their Finest Hour and a Half"**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.217**

Nonpriority creditor's name and mailing address

**Risk Love LLC**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218**

Nonpriority creditor's name and mailing address

**Riverstone Pictures (AED) Limited**
**Attn Nik Bower**
**99 Kenton Road**
**Harrow, Middlesex**
**United Kingdom HA3 0AN**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee under Notice of Assignment - "At Eternity's Gate"**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.219**

Nonpriority creditor's name and mailing address

**Rocket Science Industries LTD**
**Attn  Thorsten Schumacher**
**117 Victoria Road Kilburn**
**London, England NW6 6TD**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,004.05

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,215.36** |
|---|---|---|---|

**Rogue Productions Ltd**
**2 Fitzroy Street**
**Ponsonby Auckland 1021**
**New Zealand**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rosenfeld Meyer & Susman LLP**
**Attn Luke Lieberman**
**232 North Canon Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notification purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,874.62** |
|---|---|---|---|

**Rothko Pictures Limited**
**Willow Farm Barn Further Street**
**Assington CO10 5LD, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RPC Dom Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Run 71 Limited**
**Electric Works**
**Sheffield Digital Campus**
**Sheffield S1 2BJ, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rush Film Holdings (CCP-EMG)**
**9100 Wilshire Blvd**
**Ste 401E**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee under Notice of Assignment - "Direction to Pay"**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Samuel Goldwyn Films**
**8765 Washington Boulevard**
**Suite 203**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,037.02** |
|---|---|---|---|

**SBS Productions**
**12 Rue de Silly**
**Boulogne 92100   FRANCE**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,727.87** |
|---|---|---|---|

**SC Films International LTD**
**3A Lower James Street**
**Soho**
**London W1F 9EH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SCG Power Rangers LLC**
**10100 Santa Monica Blvd**
**Suite 500**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,441.18** |
|---|---|---|---|

**Screen Media Ventures**
**757 Third Ave 3rd Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,190.22** |
|---|---|---|---|

**Seville/E-One Ent**
**Attn Ragavi Akilananthan**
**400 de Maisonneuve Blvd**
**West #1120**
**Montreal, Quebec H3A 1L4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt -as Licensor and/or agent for Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |
|---|---|---|---|

**Shoreline Entertainment**
**1875 Century Park East**
**Suite 600**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.06** |
|---|---|---|---|

**Showcase Entertainment**
**23679 Calabasas Road**
**Suite 80**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred |
Last 4 digits of account number |

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139,760.29** |
|---|---|---|---|

**Sierra Affinity LLC**
**Attn Cynthia Griffiths**
**9378 Wilshire Blvd  Ste 210**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt - as Licensor and/or agent for Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Silver Reel Entertainment Mezzanine**
**Attn Roger H Hanson**
**c/o Silver Reel GP LTD, PO Box 309**
**Ugland House, Grand Cayman KY1-1104**
**Cayman Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Assignee under Notice of Assignment -"Breathe" and__
__"Unlocked"__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Silver Reel FS GP LTD**
**Attn  Paras Malde**
**Dms House 20 Genesis Close**
**PO Box 1344, Grand Cayman KY1-1108**
**Cayman Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Assignee under Notice of Assignment - Breathe__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sinload Productions Limited**
**Attn  Directors**
**15 Golden Square**
**London WIF 9JG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Assignee under Notice of Assignment - "At Eternity's__
__Gate"__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sky Media**
**Suite 1606  KGIT Center 1601**
**Sangam Dong**
**Mapo-Gu  Seoul, Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt - Labs__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Slow West Film Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt - Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Small Shack Productions Inc**
**Attn Mary Sexton**
**2 Monk Lane St. John's**
**Newfoundland and Labrador**
** A1E 1M8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$342.23**

**Southern Star Film Sales**
**8 West Street 10th Floor**
**North Sydney**
**No Sydney Australia NSW 2060**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SP JGAG LLC**
**1036 Carol Drive**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Spafax**
**575 Anton Boulevard, Suite 1020**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt - Labs__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SPK Pictures AG**
**Attn  Karl Spoerri**
**Goethestrasse 12  8001**
**Zurich, Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Assignee under Notice of Assignment - "At Eternity's Gate"__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$679.66**

**Starz Media**
**2950 North Hollywood Way**
**3rd Floor**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt -Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,498.15**

**Storyboard Media, LLC**
**1524 Cloverfield Ave**
**Suite F**
**Santa Monica, CA 90404**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Studio 100 Film GmbH**
**Sapporobogen 6-8 80637**
**Muenchen Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt - Licensor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,919.21** |
|---|---|---|---|

**Studio 100 Media**
**Attn Stefan Breyer**
**Neumarkter Str 18-20**
**81673 Munchen  Germany**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Studio Chizu LLP**
**Attn Yuichiro SAITO**
**5F Shibusawa Ogikubo Bldg**
**3-3-3 Amanuma Suginami-ku**
**Tokyo 167-0032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Studio Ponoc Inc**
**Niikura Bldg 2-10-21 Kyonancho**
**Musashino-shi**
**Tokyo 180-0023 Japan**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,923.66** |
|---|---|---|---|

**Submarine Entertainment**
**525 Broadway**
**Suite 601**
**New York, NY 10012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suburbicon Black LLC**
**c/o Jellyfish Bloom as Agent**
**400 S  Beverly Drive Ste 300**
**Beverly Hills, CA 90212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,350.66** |
|---|---|---|---|

**Summit Entertainment**
**Castorweg 22-24**
**CURACAO**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,434.72** |
|---|---|---|---|

**Swonderful Rights Ltd**
**Willow Farm Barn  Further Street**
**Assington CO1O 5LD, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Sylvic Holding LLC**
**4651 Morse Ave**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Distribution Rights and Services Agreements re Bad Education and Collette

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Tee Pot Films**
**6/56 Birrga Road Bellevue Hill**
**NSW Australia 2023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt - Licensor

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**Terra Mater Factual Studios GMBH**
**Wambachergasse 2**
**1130 Vienna Austria**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt - Licensor

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**The British Film Institute**
**21 Stephen Street**
** London WIT 1LN, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Assignee under Notice of Assignment - Colette

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**The Movie Group**
**1900 Ave of the Stars**
**Suite 1425**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Trade debt - Licensor

Is the claim subject to offset? ☒ No  ☐ Yes

**$359.06**

---

**3.260**

**Nonpriority creditor's name and mailing address**

**The Salt Co Int'l LTD**
**1a Adpar Street**
**3rd Floor**
**London W2 1DE, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt - Licensor

Is the claim subject to offset? ☒ No  ☐ Yes

**$14.94**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**The Terraces**
**12711 Ventura Boulevard Ste 100**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notification purposes

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

Debtor **Jaguar Distribution Corp.**
_____
Name

Case number *(if known)* _____

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Welsh Ministers**
**Attn Natasha Hale**
**Cathays Park, Cardiff**
 **CF10 3NQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Their Finest Hour and a Half"**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,954.01** |
|---|---|---|---|

**The Works International**
**Attn Sarah Smith**
**5th Floor Fairgate House**
**78 New Oxford St**
**London WC1A 1HB, UK**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - as Licensor and/or agent for Licensor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Their Finest Hour**
**Attn Amanda Posey**
**53 Greek Street**
**London W1D 3DR, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee under Notice of Assignment - "Their Finest Hour and a Half"**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,227.14** |
|---|---|---|---|

**Those Characters from Cleveland Inc**
**One American Road**
**Cleveland, OH 44144**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$795.60** |
|---|---|---|---|

**Timeless Films**
**Attn Gareth Kamp**
**5 Loudoun Road**
**St John's Wood**
**LONDON NW8 0DL, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tom J Hull & Co Inc**
**21601 Devonshire St  Ste 128**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll management company - for notification purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684.09** |
|---|---|---|---|

**Touchdown Productions**
**484 West 43rd Street**
**Suite 335**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt - Licensor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Jaguar Distribution Corp.**
Name
Case number (if known)

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,616.57 |
|---|---|---|---|

**Two for Joy Productions**
**123 Regent's Park Road**
**London NW1 8BE, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TWOWS LLC**
**9255 Sunset Blvd Ste 710**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee under Notice of Assignment - "Wolf of Wall Street"**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ultimate Pictures PLC**
**Attn Charlotte Walls**
**2nd Floor, Tichfield House**
**69-85 Tabernacle St**
**London EC2A 4RR, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee under Notice of Assignment -Finding your feet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,743.66 |
|---|---|---|---|

**Umedia SA**
**235 Avenue Louise**
**1050 Brussels**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Union Bank N A**
**1901 Avenue of the Stars**
**Suite 601**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee under Notice of Assignment - "Wolf of Wall Street"**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**United Entertainment LTD**
**Wilhemstrasse 4**
**30101  Hanover**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Unlocked Distribution Limited**
**18 Broadwick Street**
**London W1F 8HS, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Unlocked Distribution Limited**
**Attn Jan Hutchinson**
**6 Queensmill Road**
**London SW6 5J3, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Assignee under Notice of Assignment - "Unlocked"**
**(Licensor)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,597.64**

**Velvet Octopus LTD**
**3a Lower James Street**
**Soho London W1F 9EH**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Vertigo Distribution LTD**
**Vertigo Films LTD**
**Big Room Studios**
**77 Fortress Road**
**London NW5 1AG, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Assignee under Notice of Assignment - "Pudsey"**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.10**

**Vesuvio Entertainment Corp**
**600 Spring St**
**Penthouse 5**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.42**

**Visit Films**
**89 5th Avenue**
**Suite 806**
**New York, NY 10003**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Viva Pictures Distribution LLC**
**1539 Westwood Blvd**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,986.49**

**Voltage Pictures**
**116 North Robertson Boulevard**
**Ste 200**
**Los Angeles, CA 90048**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt - Licensor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Walk Home Productions LLC**
**Attn Tamiko Benjamin**
**121 Varick Street Suite 802**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee under Notice of Assignment - "At Eternity's Gate"**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**Walker George Films LTD**
**4th Floor Threshold House**
**65-69 Sheperds Bush Green**
**London  UK W12 8QE**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$619.66**

**West End Films**
**5-7 Hillgate Street**
**London W8 7SP, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**What They Had LLC**
**c/o Jellyfish Bloom as Agent**
**400 S Beverly Drive #300**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,289.59**

**Whiston Pictures Limited**
**First Floor**
**50-54 Clerkenwell Road**
**London, England, EC1M 5PS, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wild Wag Productions**
**1411 5th Street**
**Suite 400**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee under Notice of Assignment  - "The Informer"**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wildgaze Films (Brooklyn) Limited**
**c/o Hanway Films Limited as Agent**
**24 Hanway St**
**London W1T 1UH, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt - Licensor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Worldview Entertainment Capital LLC** | ☐ Contingent | |
| | **1384 Broadway 25th Fl** | ☐ Unliquidated | |
| | **New York, NY 10018** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt - Licensor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,526.79** |
|---|---|---|---|
| | **WW Dance LLC** | ☐ Contingent | |
| | **1755 York Avenue** | ☐ Unliquidated | |
| | **New York, NY 10128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt - Licensor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **YLK Distribution LLC** | ☐ Contingent | |
| | **2000 Fashion Show Dr #6201** | ☐ Unliquidated | |
| | **Las Vegas, NV 89101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt - Licensor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Babok & Robinson LLP** **Attys for Pacific Mercantile Bank** **9201 Wilshire Blvd Ste 303** **Beverly Hills, CA 90212** | Line  **3.188** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Babok & Robinson LLP** **Attys for Comerica** **9201 Wilshire Blvd Ste 303** **Beverly Hills, CA 90210** | Line  **3.50** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Celsius Entertainment LTD** **29 Brook Mews North** **Hyde Park** **London W2 3BW England** | Line  **3.43** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Disconnect LLC** **Attn Business Affairs** **14301 Caliber Dr Ste 300** **Oklahoma City, OK 73134** | Line  **3.60** ☐ Not listed. Explain ____ | _ |
| 4.5 | **EuropaCorp** **137 rue du Faubourg Saint Honore** **75008 Paris France** | Line  **3.79** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Final Portrait Commissioning Ltd** **Attn Nik Bower** **99 Kenton Road** **Middlesex, UK HA3 0AN** | Line  **3.91** ☐ Not listed. Explain ____ | _ |

---

| Debtor | **Jaguar Distribution Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Four in a Billion Pictures LLC**<br>**Attn Geeta V Patel Agent**<br>**80 Prospect Ave**<br>**Long Beach, CA 90803** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Four in a Billion Pictures LLC**<br>**Attn Geeta V Patel**<br>**930 5th St Apt 204**<br>**Santa Monica, CA 90403** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Gipson Hoffman and Pancione**<br>**Attn G Raymond F Gross Esq**<br>**1901 Avenue of the Stars 11th Fl**<br>**Los Angeles, CA 90067** | Line **3.190**<br><br>☐ Not listed. Explain ____ | **For notification purposes** |
| 4.10 | **Highland Film Group LLC**<br>**9200 Sunset Blv  Ste 600**<br>**West Hollywood, CA 90069** | Line **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jason S. Pomerantz**<br>**Pachulski Stang Ziehl & Jones**<br>**10100 Santa Monica Blvd**<br>**13th Floor**<br>**Los Angeles, CA 90067-4003** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Kaleidoscope Film Distribution Ltd**<br>**4th Floor 104-108 Oxford St**<br>**London W1D 1LP, UK** | Line **3.140**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Loeb & Loeb LLP**<br>**10100 Santa Monica Blvd**<br>**Ste 2200**<br>**Los Angeles, CA 90067** | Line **3.273**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Lorton International Sales**<br>**as agent for Bros the Film Limited**<br>**Solent House Alma Road**<br>**Southhampton Hampshire**<br>**England SO14 6UY** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Lorton International Sales**<br>**as agent for Two for Joy Production**<br>**Solent House Alma Road**<br>**Southhampton Hampshire**<br>**England SO14 6UY** | Line **3.269**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Mainsail, LLC**<br>**3440 E Russell Road**<br>**Las Vegas, NV 89120** | Line **3.134**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Mongrel International**<br>**a division of Mongrel Media Inc**<br>**1352 Dundas St. West**<br>**Toronto ON M6J 1Y2 Canada** | Line **3.174**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Nice Guys LLC**<br>**Attn Hal Sadoff & Steve Bender**<br>**1601 Main Street**<br>**Venice, CA 90291** | Line **3.182**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Jaguar Distribution Corp.** | | Case number (if known) | |
|--------|-------------------------------|---|-------------------------|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **Prosight Specialty Insurance**<br>**ProSight Specialty Mgmt Company Inc**<br>**Attn David Miercort**<br>**101 N Brand Blvd Ste 1200**<br>**Glendale, CA 91203** | Line **3.202**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Rocket Science Industries LTD**<br>**140 Wardour St, 5th Fl**<br>**London, England W1F 8ZT** | Line **3.219**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **SC Films International LTD**<br>**Attn Simon Crowe CEO**<br>**1st Fl  56 Brewer Street**<br>**Soho, London W1F 9TJ, UK** | Line **3.228**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **SC Films International LTD**<br>**Archway 897**<br>**Holyrood Street**<br>**London SE1 2EL, UK** | Line **3.228**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Seville Pictures Inc dba**<br>**Seville International**<br>**455 St Antoine Street West Ste 300**<br>**Montreal Quebec H2Z 1J1** | Line **3.231**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Suburbicon Black LLC**<br>**c/o Jellyfish Bloom as Agent**<br>**Attn Alex Walton**<br>**9100 Wilshire Blvd Ste 401E**<br>**Beverly Hills, CA 90212** | Line **3.252**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **9,018,419.66** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **9,018,419.66** |

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attachment to Schedule G** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Distribution Rights and Services Agreement re film title "Colette"**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sylvic Holdings, LLC<br>4651 Morse Ave.<br>Sherman Oaks, CA 91423** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   ***Distribution Rights and Services Agreement re film title "Bad Education"**<br><br>***pending termination**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sylvic Holdings, LLC<br>4651 Morse Ave.<br>Sherman Oaks, CA 91423** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Jaguar Distribution Corp. – Schedule "G" Attachment
Executory Contracts and Unexpired Leases

| | This schedule is subject to supplement.  It may include agreements, contracts or leases that have expired on their own terms and/or do not constitute agreements, contracts or leases at all and/or are not executory.  Nothing herein shall constitute an admission by the Debtor that any item listed on this Attachment is an executory contract or unexpired lease, and the Debtor reserves all rights to challenge characterizations of any of the items listed on this Attachment. | | | | |
|---|---|---|---|---|---|
| | **Name of Party** | **Address of Party** | **Title of Document** | **Title of Film** | **Approx. Term.** |
| 1 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Pact, The | 7/27/2020 |
| 2 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | American Masters; Mike Nichols | 7/28/2020 |
| 3 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Rumble & Hum (season 1) | 7/30/2020 |
| 4 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Cut From a Different Cloth | 7/31/2020 |
| 5 | Timeless Films | 5 Loudoun Road, St John's Wood London NW8 0DL, UK | Distribution Agreement | Happy Family (aka Monster Family) | 7/31/2020 |
| 6 | METRO REAL ENTERTAINMENT | 16 Lincoln's Inn Fields, London, WC2A 3ED | Distribution Agreement | That Sugar Film | 8/3/2020 |
| 7 | MYRIAD PICTURES, INC. | 11845 West Olympic Blvd., Suite 850W, Los Angeles, CA 90064 | Distribution Agreement | Holiday Joy | 8/10/2020 |
| 8 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Age of Heroes | 8/17/2020 |
| 9 | DOGWOOF LTD. | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Dries | 8/20/2020 |
| 10 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Eichmann Show, The | 8/24/2020 |
| 11 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Surprise, The | 8/26/2020 |
| 12 | West End Films | 5-7 Hillgate St., London W8 7SP | Distribution Agreement | Walk With Me | 8/28/2020 |
| 13 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Vault, The | 8/31/2020 |
| 14 | Swonderful Rights Ltd | Willow Farm Barn, Further Street, Assington, C010 5LD, UK | Distribution Agreement | The Wind in the Willows (musical play) | 3/1/2024 |
| 15 | Swonderful Rights Ltd. | Willow Farm Barn, Further Street, Assington, C010 5LD, UK | Distribution Agreement | From Here to Eternity (musical play) | 3/1/2024 |
| 16 | Kaleidoscope Film Distribution Limited | 6th Floor, Dufours Place, London, W1F 7SP | Distribution Agreement | I Am Duran (doc/sport) | 6/30/2024 |
| 17 | Kaleidoscope Film Distribution Limited | 6th Floor, Dufours Place, London, W1F 7SP | Distribution Agreement | The Land of Sometimes (animation) | 7/1/2025 |
| 18 | METFILM SALES | Ealing Studios Ealing Green, London W5 5EP England | Distribution Agreement | Last Breath | 8/13/2024 |
| 19 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Guest, The | 9/3/2020 |
| 20 | SEVILLE PICTURES | 400 de Maisonneuve Blvd., West #1120, Montreal, Quebec H3A 1L4 | Distribution Agreement | Elephant Song | 10/1/2020 |
| 21 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Heartworn Highways Revisited | 10/16/2020 |
| 22 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Monochrome: Black, White & Blue | 10/16/2020 |
| 23 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Steve Mcqueen: the Man and Le Mans | 10/31/2020 |
| 24 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Nowhere Boy | 10/31/2020 |
| 25 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Every Thing Will Be Fine | 11/1/2020 |
| 26 | KINOLOGY | 30 rue Moret, 75011 Paris France | Distribution Agreement | Mustang | 11/19/2020 |
| 27 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | My Pure Land | 11/26/2020 |
| 28 | SEVILLE PICTURES | 400 de Maisonneuve Blvd., West #1120, Montreal, Quebec H3A 1L4 | Distribution Agreement | Cut Snake | 11/30/2020 |
| 29 | West End Films | 5-7 Hillgate St., London W8 7SP | Distribution Agreement | Learning to Drive | 11/30/2020 |
| 30 | Blumhouse International, Inc. | 2401 Beverly Blvd., Los Angeles, CA 90057 | Distribution Agreement | Gift, The | 12/1/2020 |
| 31 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Diabolical, The | 12/4/2020 |
| 32 | Highland Film Group | 9200 Sunset Blvd, Suite 600, West Hollywood, CA 90069 | Distribution Agreement | Extraction (buy out) | 12/11/2020 |
| 33 | ALCHEMY | 5900 Wilshire Blvd Ste 2750, Los Angeles, CA 90036 | Distribution Agreement | Meet the Patels | 12/13/2020 |
| 34 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Dream the Impossible | 12/13/2020 |
| 35 | EXCLUSIVE FILMS INT'L LIMITED | 9100 Wilshire Blvd. Ste 401E, Beverly Hills, CA  90212 Attn Business Affairs | Distribution Agreement | Green Inferno, The | 12/15/2020 |
| 36 | INDEPENDENT FILM SALES, | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | Time of Their Lives, The | 12/21/2020 |
| 37 | Eleven Foot Pole LLC | 125 Watts Street, 1st Floor, New York, NY 10013 | Distribution Agreement | Where to Invade Next (dom) | 12/30/2020 |
| 38 | Archimedia Productions | 223-231 Old Marylebone Road, London England NW1 5QT | Distribution Agreement | Palio | 1/21/2021 |

1601371_1

Jaguar Distribution Corp. – Schedule "G" Attachment
Schedule G- Executory Contracts and Unexpired Leases

| | Name of Party | Address of Party | Title of Document | Title of Film | Approx. Term. |
|---|---|---|---|---|---|
| 39 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | Jawbone | 1/23/2021 |
| 40 | Front Row Filmed Entertainment | Al Garhoud Building, Plot P#134, Garhoud Off#301, Dubai 49714 | Distribution Agreement | Citizenfour | 1/31/2021 |
| 41 | DOGWOOF LTD. | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Bombshell: The Hedy Lamarr Story | 2/19/2021 |
| 42 | DOGWOOF LTD. | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Westwood: Punk, Icon, Activist | 7/15/2021 |
| 43 | Honeytrap Ltd. | 52 Talbot Road, London N6 4QP | Distribution Agreement | Honeytrap | 2/24/2021 |
| 44 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | Kaleidoscope | 2/28/2021 |
| 45 | Embankment Films Limited | Little Ashlake, Ashlake Copse Road, Ryde, Isle of Wight PO33 4EY | Distribution Agreement | Robot Overlords (Our Robot Overlords) | 3/1/2021 |
| 46 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Le Ride | 3/19/2021 |
| 47 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Newcomer | 3/24/2021 |
| 48 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | 400 Days | 3/31/2021 |
| 49 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Janis: Little Girl Blue | 3/31/2021 |
| 50 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Rolling Stone Magazine: Stories from the Edge | 5/2/2021 |
| 51 | Studio100 Media | Neumarkter Str 18-20, 81673 Munchen | Distribution Agreement | Blinky Bill the Movie | 5/19/2021 |
| 52 | PROTAGONIST PICTURES LTD. | 42-48 Great Portland St, 4th Fl, London, W1W 7NB | Distribution Agreement | Love & Friendship | 5/26/2021 |
| 53 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Princess Diana: A Life After Death | 5/30/2021 |
| 54 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | McKellen: Playing the Part | 6/8/2021 |
| 55 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Harry & Meghan: A Very Modern Romance | 6/28/2021 |
| 56 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Slow West | 6/30/2021 |
| 57 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Swallows and Amazons | 7/5/2021 |
| 58 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Frankie Drake Mysteries | 7/12/2021 |
| 59 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Crawford | 7/18/2021 |
| 60 | SEVILLE PICTURES | 400 de Maisonneuve Blvd., West #1120, Montreal, Quebec H3A 1L4 | Distribution Agreement | Ma Ma | 7/31/2021 |
| 61 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Rich and Acquitted | 8/2/2021 |
| 62 | SC FILMS INTERNATIONAL LTD | 3A Lower James St., Soho, London, W1F 9EH, United Kingdom | Distribution Agreement | Monkey King: Hero Is Back (international) | 8/3/2021 |
| 63 | Viva Pictures Distribution LLC | 1539 Westwood Blvd, Los Angeles, CA  90024 | Distribution Agreement | Monkey King: Hero Is Back (domestic) | 8/3/2021 |
| 64 | Kaleidoscope Film Distribution Limited | 6th Floor, Dufours Place, London, W1F 7SP | Distribution Agreement | Founders, The | 8/11/2021 |
| 65 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG, England | Distribution Agreement | 4% - Film's Gender Problem, The | 8/30/2021 |
| 66 | Bloom Media | 400 South Beverly  Drive, Suite 300, Beverly Hills, CA  90212 | Distribution Agreement | Sea of Trees, The | 9/8/2021 |
| 67 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Brooklyn | 9/18/2021 |
| 68 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Truth Is in the Stars, The | 9/18/2021 |
| 69 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Golden Years | 9/27/2021 |
| 70 | Kaleidoscope Film Distribution Limited | 6th Floor, Dufours Place, London, W1F 7SP | Distribution Agreement | Misery Loves Comedy | 9/30/2021 |
| 71 | SAMUEL GOLDWYN FILMS | 8765 Washington Blvd., Suite 203, Culver City, CA 90232 | Distribution Agreement | Youth in Oregon (domestic) | 10/1/2021 |
| 72 | Viva Pictures Distribution LLC | 1539 Westwood Blvd, Los Angeles, CA  90024 | Distribution Agreement | A.C.O.R.N.S.: Operation Crack Down (domestic title for Get Squirrely) | 10/3/2021 |
| 73 | Terra Mater Factual Studios GMBH | Wambachergasse 2, 1130 Vienna Austria | Distribution Agreement | Brothers of the Wind | 10/17/2021 |
| 74 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | On the Road | 11/1/2021 |
| 75 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | All the Wild Horses | 11/1/2021 |
| 76 | MAINSAIL, LLC | 5836 S. Pecos Road, Las Vegas, NV 89120 | Distribution Agreement | It Had to Be You (2016) | 11/22/2021 |
| 77 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Breaking the Bank | 12/5/2021 |
| 78 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Anomalisa | 12/31/2021 |

1601371_1

Jaguar Distribution Corp. – Schedule "G"-Attachment
Executory Contracts and Unexpired Leases

| | Name of Party | Address of Party | Title of Document | Title of Film | Approx. Term. |
|---|---|---|---|---|---|
| 79 | MAGNOLIA PICTURES | 49 W 27th St 7th Fl, New York, NY 10001 | Distribution Agreement | Harry Benson: Shoot First | 1/2/2022 |
| 80 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Seymour: An Introduction | 1/5/2022 |
| 81 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Peggy Guggenheim: Art Addict | 1/6/2022 |
| 82 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Book of Love, The | 1/11/2022 |
| 83 | Electric Distribution | 962 N. La Cienega Blvd, Los Angeles, CA 90069 | Distribution Agreement | Book of Love, the (domestic) | 1/11/2022 |
| 84 | DOGWOOF LTD. | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Weiner | 1/15/2022 |
| 85 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Bletchley Circle: San Francisco | 1/18/2022 |
| 86 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Tale of Tales | 1/22/2022 |
| 87 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | High-Rise | 1/28/2022 |
| 88 | K5 Media Group GMBH | Konradinstrasse 5, Munich 81543 | Distribution Agreement | Land of Mine | 1/30/2022 |
| 89 | WORKS, THE | 5th Floor, Fairgate House, 78 New Oxford St., London, WC1A 1HB | Distribution Agreement | Prime Minister, The | 2/28/2022 |
| 90 | WORKS, THE | 5th Floor, Fairgate House, 78 New Oxford St., London, WC1A 1HB | Distribution Agreement | California Typewriter (Net Deal) | 3/1/2022 |
| 91 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Don't Knock Twice | 3/22/2022 |
| 92 | MAGNOLIA PICTURES | 49 W 27th St 7th Fl, New York, NY 10001 | Distribution Agreement | I Am Not Your Negro (usa Only) | 4/1/2022 |
| 93 | Gutta Percha Productions, LLC | 600 Central Ave., #390, Highland Park, IL 60035 | Distribution Agreement | Tommy's Honour | 4/19/2022 |
| 94 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Last Days in the Desert | 4/20/2022 |
| 95 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | 11 Minutes | 4/29/2022 |
| 96 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Youth in Oregon | 5/1/2022 |
| 97 | Bloom Media | 400 South Beverly  Drive, Suite 300, Beverly Hills, CA 90212 | Distribution Agreement | Unlocked | 5/18/2022 |
| 98 | Mongrel International | 1028 Queen St. West, Toronto, Ontario MGJ 1H6 | Distribution Agreement | Date For Mad Mary, A | 5/18/2022 |
| 99 | PROTAGONIST PICTURES LTD. | 42-48 Great Portland St, 4th Fl, London, W1W 7NB | Distribution Agreement | Lady Macbeth | 5/22/2022 |
| 100 | SC FILMS INTERNATIONAL LTD | 3A Lower James St., Soho, London, W1F 9EH, United Kingdom | Distribution Agreement | Air Bound | 5/22/2022 |
| 101 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | 1 Mile to You (fka Life At These Speeds) | 5/23/2022 |
| 102 | Front Row Filmed Entertainment | Al Garhoud Building, Plot P#134, Garhoud Off#301, Dubai 49714 | Distribution Agreement | Tough Luck (season 1) | 6/8/2022 |
| 103 | Front Row Filmed Entertainment | Al Garhoud Building, Plot P#134, Garhoud Off#301, Dubai 49714 | Distribution Agreement | Tough Luck (season 2) | 6/8/2022 |
| 104 | Front Row Filmed Entertainment | Al Garhoud Building, Plot P#134, Garhoud Off#301, Dubai 49714 | Distribution Agreement | I Am Not Your Negro | 6/20/2022 |
| 105 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Whitney Can I Be Me | 6/28/2022 |
| 106 | SC FILMS INTERNATIONAL LTD | 3A Lower James St., Soho, London, W1F 9EH, United Kingdom | Distribution Agreement | Realive | 7/24/2022 |
| 107 | Goldcrest Films | 65-66 Dean St., London, W1D 4PL | Distribution Agreement | All Dogs Go to Heaven | 8/10/2022 |
| 108 | A24 International, LLC | 601 West 26th St., Suite 1740, New York, NY 10001 | Distribution Agreement | It Comes At Night | 8/30/2022 |
| 109 | Electric Distribution | 962 N. La Cienega Blvd, Los Angeles, CA 90069 | Distribution Agreement | Outpost, The | 9/27/2022 |
| 110 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Being AP | 10/1/2022 |
| 111 | Bloom Media | 400 South Beverly  Drive, Suite 300, Beverly Hills, CA 90212 | Distribution Agreement | Suburbicon | 10/26/2022 |
| 112 | Great Point Media Limited | 14 Floral St., 3rd Floor, London WC2E 9DH | Distribution Agreement | Party, The | 10/29/2022 |
| 113 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Summer of '92 | 11/5/2022 |
| 114 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Manolo: the Boy Who Made Shoes For Lizards | 11/30/2022 |
| 115 | KEW MEDIA TV DEAL | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Frankie Drake Mysteries Season 2 | 12/31/2022 |
| 116 | Altitude Fim Sales Limited | 34 Fouberts Place, London, W1F 7PX | Distribution Agreement | Eric Clapton: Life in 12 Bars | 1/1/2023 |
| 117 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Beside Bowie: The Mick Ronson Story | 2/1/2023 |
| 118 | WW Dance, LLC | 1755 York Ave., New York, New York 10128 | Distribution Agreement | Restless Creature: Wendy Whelan | 2/2/2023 |

Jaguar Distribution Corp. - Schedule "G": Attachment 6
Executory Contracts and Unexpired Leases

| | Name of Party | Address of Party | Title of Document | Title of Film | Approx. Term. |
|---|---|---|---|---|---|
| 119 | Goldcrest Films | 65-66 Dean St., London, W1D 4PL | Distribution Agreement | Slumber | 2/5/2023 |
| 120 | Altitude Fim Sales Limited | 34 Fouberts Place, London, W1F 7PX | Distribution Agreement | Boy Downstairs, The | 2/8/2023 |
| 121 | FilmRise | 220 36th St, Unit 4A, Brooklyn, NY 11232 | Distribution Agreement | Boy Downstairs, The (domestic) | 2/8/2023 |
| 122 | Cinetic Media | 555 West 25th St., 4th Floor, New York, NY 10001 | Distribution Agreement | Abacus: Small Enough to Jail | 3/25/2023 |
| 123 | MAINSAIL, LLC | 5836 S. Pecos Road, Las Vegas, NV 89120 | Distribution Agreement | Pretend One, The | 3/27/2023 |
| 124 | MAGNOLIA PICTURES | 49 W 27th St 7th Fl, New York, NY 10001 | Distribution Agreement | Gospel According to Andre, The | 5/4/2023 |
| 125 | Studio100 Media | Neumarkter Str 18-20, 81673 Munchen | Distribution Agreement | Maya the Bee: The Honey Games | 5/9/2023 |
| 126 | SEVILLE PICTURES | 400 de Maisonneuve Blvd., West #1120, Montreal, Quebec H3A 1L4 | Distribution Agreement | Ashram, The | 5/11/2023 |
| 127 | CELSIUS ENTERTAINMENT LTD. | 249 Grays Inn Road, London, WC1X 8QZ | Distribution Agreement | Bookshop, The | 5/17/2023 |
| 128 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Killing of a Sacred Deer, the | 5/30/2023 |
| 129 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Nothing Like A Dame (previously known as Tea With Dames) | 6/8/2023 |
| 130 | PROTAGONIST PICTURES LTD. | 42-48 Great Portland St, 4th Fl, London, W1W 7NB | Distribution Agreement | Beast | 6/11/2023 |
| 131 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | Escape, The | 6/15/2023 |
| 132 | Independent Film Sales, LTD | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | VS. | 7/2/2023 |
| 133 | Kew Media Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Soufra (doc) (Arabic wt English subs) | 7/2/2023 |
| 134 | MYRIAD PICTURES, INC. | 11845 West Olympic Blvd., Suite 850W, Los Angeles, CA 90064 | Distribution Agreement | #Roxy | 7/2/2023 |
| 135 | Kew Media Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Dealt (doc) | 8/2/2023 |
| 136 | Kew Media TV Deal | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Closing Gambit: 1978 Korchnoi Versus Karpov and the Kremlin (doc) | 8/2/2023 |
| 137 | SC Films | 3A Lower James St., Soho, London, W1F 9EH, United Kingdom | Distribution Agreement | Charming (animation) | 8/2/2023 |
| 138 | Altitude Fim Sales Limited | 34 Fouberts Place, London, W1F 7PX | Distribution Agreement | Dead in a Week (Or Your Money Back) | 8/30/2023 |
| 139 | Cinema Management Group | 8383 Wilshire Blvd., Ste 320, Beverly Hills, CA 90211 | Distribution Agreement | Searching For Ingmar Berman (doc) | 8/30/2023 |
| 140 | Swonderful Rights Ltd | Willow Farm Barn, Further Street, Assington, C010 5LD, UK | Distribution Agreement | American In Paris - The Musical, An | 8/30/2023 |
| 141 | Swonderful Rights Ltd. | Willow Farm Barn, Further Street, Assington, C010 5LD, UK | Distribution Agreement | Red (musical play) | 8/30/2023 |
| 142 | Submarine Entertainment | 525 Broadway, Suite 601, New York, NY 10012 | Distribution Agreement | Pick of the Litter | 8/31/2023 |
| 143 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Limehouse Golem, The | 9/15/2023 |
| 144 | Blue Fox Entertainment 2 LLC | 1801 Century Park East, Los Angeles, California 90067 | Distribution Agreement | The Elephant & The Butterfly (French) | 9/30/2023 |
| 145 | Dogwoof / Submarine | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | The Price of Everything (doc) | 9/30/2023 |
| 146 | Dogwoof / Submarine | 525 Broadway, Suite 601, New York, NY 10012 | Distribution Agreement | The Price of Everything (doc) | 9/30/2023 |
| 147 | Submarine Entertainment | 525 Broadway, Suite 601, New York, NY 10012 | Distribution Agreement | Price of Everything, The (US ONLY) | 9/30/2023 |
| 148 | Bros The Film Ltd | 7A Bayham Street, Camden, London, England NW1 0EY | Distribution Agreement | Bros: After the Screaming Stops (doc/music) | 10/30/2023 |
| 149 | Dogwoof | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Mountain (doc) | 10/30/2023 |
| 150 | Kew Media Int'l Limited Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Agatha and the Truth of Murder (TV Movie) & FF | 10/30/2023 |
| 151 | Two For Joy Productions | 123 Regent's Park Road, London NW1 8BE | Distribution Agreement | Two For Joy | 10/30/2023 |
| 152 | Charades | 17 boulevard Jules Ferry Paris, France | Distribution Agreement | Mirai (Japanese animation) | 11/30/2023 |
| 153 | Dogwoof | 19-23 Ironmonger Row, London, EC1V 3QN | Distribution Agreement | Bobby Robson: More Than A Manager (doc/sport) | 11/30/2023 |
| 154 | INDEPENDENT FILM SALES, LTD. | 195 Wardour St., London, W1B 4BG England | Distribution Agreement | Little Woods | 11/30/2023 |
| 155 | Cinemagic | 49 Botanic Ave., Belfast, BT7 1JL | Distribution Agreement | Grace and Goliath | 12/1/2023 |
| 156 | Cinemagic | 49 Botanic Ave., Belfast, BT7 1JL | Distribution Agreement | Trainee Filmmakers: Grace and Goliath Behind-the-Scenes | 12/1/2023 |
| 157 | CONTENT INT'L. FILM & TV LTD. | 19 Heddon St., London, W1B 4BG, England | Distribution Agreement | Actor Prepares, An | 12/1/2023 |
| 158 | SC FILMS INTERNATIONAL | 3A Lower James St., Soho, London, W1F 9EH, United Kingdom | Distribution Agreement | Gnome Alone | 12/1/2023 |

Jaguar Distribution Corp. – Schedule "G" Attachment
List of Executory Contracts and Unexpired Leases

| | Name of Party | Address of Party | Title of Document | Title of Film | Approx. Term. |
|---|---|---|---|---|---|
| 159 | Altitude Fim Sales Limited | 34 Fouberts Place, London, W1F 7PX | Distribution Agreement | Mary and the Witch's Flower | 12/4/2023 |
| 160 | Bloom Media | 400 South Beverly Drive, Suite 300, Beverly Hills, CA 90212 | Distribution Agreement | Dragged Across Concrete | 12/30/2023 |
| 161 | Kew Media Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Cosplay Universe (doc) | 12/30/2023 |
| 162 | Whiston Pictures Limited | First Floor, 50-54 Clerkenwell Road, London, England, EC1M 5PS | Distribution Agreement | Make Us Dream (doc/sport) | 12/30/2023 |
| 163 | Sierra Affinity | 9378 Wilshire Blvd. #210, Beverly Hills, CA 90212 | Distribution Agreement | Stockholm | 1/30/2024 |
| 164 | Swonderful Rights Ltd. | Willow Farm Barn, Further Street, Assington, C010 5LD, UK | Distribution Agreement | The Wind in the Willows (musical play) | 1/30/2024 |
| 165 | Goldcrest Films | 65-66 Dean St., London, W1D 4PL | Distribution Agreement | Cold Blood Legacy (fka The Last Step) | 3/30/2024 |
| 166 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Distribution Agreement | Mary Shelley (PKA) A Storm in the Stars | 5/13/2024 |
| 167 | Studio 100 Media | Neumarkter Str 18-20, 81673 Munchen | Distribution Agreement | Princess Emmy (animation) | 5/31/2024 |
| 168 | Kew Media Int'l Limited Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Chuck Berry (doc/music) | 6/30/2024 |
| 169 | Kew Media Film | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Chasing Perfect | 8/30/2024 |
| 170 | Kew Media TV Deal | 19 Heddon St., London W1B 4BG England | Distribution Agreement | An Engineer Imagines | 8/30/2024 |
| 171 | Bloom Media | 400 South Beverly Drive, Suite 300, Beverly Hills, CA 90212 | Distribution Agreement | The Informer | 9/30/2024 |
| 172 | Great Point Media | 14 Floral St., 3rd Floor, London WC2E 9DH | Distribution Agreement | Jonathan | 12/14/2023 |
| 173 | Fortitude Int'l [straight distrib.] | 15260 Ventura Blvd, Suite 1040, Sherman Oaks CA 91403 | Distribution Agreement | Angel of Mine | 9/29/2024 |
| 174 | Rogue Productions [straight distrib.] | 2 Fitzroy Street, Ponsonby Auckland 1021, New Zealand | Distribution Agreement | By the Balls | 10/30/2024 |
| 175 | Myriad Pictures, Inc. [straight distrib.] | 11845 West Olympic Blvd., Suite 850W, Los Angeles, CA 90064 | Distribution Agreement | Fast Color | 9/13/2024 |
| 176 | Metfilm Sales [straight distrib.] | Ealing Studios Ealing Green, London W5 5EP England | Distribution Agreement | Heat, The | 9/13/2024 |
| 177 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Line of Duty, 5 | 8/14/2022 |
| 178 | Myriad Pictures, Inc. | 11845 West Olympic Blvd., Suite 850W, Los Angeles, CA 90064 | Distribution Agreement | Auggie | 9/24/2022 |
| 179 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Margaret Atwood | 3/1/2024 |
| 180 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Cleanin Up the Town | 3/1/2024 |
| 181 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Cold Call | 3/1/2024 |
| 182 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Churchill and the Movie Mogul | 3/1/2024 |
| 183 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Own the Sky | 3/1/2024 |
| 184 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Prince Phillip | 3/1/2024 |
| 185 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Laurel Canyon | 4/30/2025 |
| 186 | Kew | 19 Heddon St., London W1B 4BG England | Distribution Agreement | Worzel Gummidge | 3/1/2024 |
| 187 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Notice of Assignment | Royal Night Out, A | 9/1/2020 |
| 188 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Notice of Assignment | Final Portrait | 12/16/2020 |
| 189 | EXCLUSIVE FILMS INT'L LIMITED | 9100 Wilshire Blvd. Ste 401E, Beverly Hills, CA 90212 | Notice of Assignment | Jane Got a Gun | 2/17/2021 |
| 190 | FILM BRIDGE INT'L. | 1316 Third St Promenande Ste 105, Santa Monica, CA 90401 | Notice of Assignment | Misconduct | 3/28/2021 |
| 191 | EXCLUSIVE FILMS INT'L LIMITED | 9100 Wilshire Blvd. Ste 401E, Beverly Hills, CA 90212 | Notice of Assignment | Pele: Birth of a Legend | 10/14/2021 |
| 192 | HANWAY FILMS LTD. | 24 Hanway St., London W1T 1UH | Notice of Assignment | Their Finest | 10/18/2022 |
| 193 | EXCLUSIVE FILMS INT'L LIMITED | 9100 Wilshire Blvd. Ste 401E, Beverly Hills, CA 90212 | Notice of Assignment | Skiptrace | 10/31/2021 |
| 194 | Mongrel International | 1028 Queen St. West, Toronto, Ontario MGJ 1H6 | Notice of Assignment | Maudie | 6/21/2022 |
| 195 | PROTAGONIST PICTURES LTD. | 42-48 Great Portland St, 4th Fl, London, W1W 7NB | Notice of Assignment | Finding Your Feet | 2/1/2023 |
| 196 | Jellyfish Bloom, LLC | 400 South Beverly Drive, Suite 300, Beverly Hills, CA 90212 | Notice of Assignment | Bel Canto | 7/2/2023 |
| 197 | Rocket Science Industries LTD | 117 Victoria Road, Kilburn, London, England, NW6 6TD | Notice of Assignment | At Eternity's Gate | 8/30/2023 |
| 198 | Embankment Films Limited | Little Ashlake, Ashlake Copse Road, Ryde, Isle of Wight PO33 4EY | Notice of Assignment | Breathe | 9/5/2023 |
| 199 | NUMBER 9 FILMS (CHESIL) LIMITED | 8-9 Stephen Mews, London W1T 1AF | Notice of Assignment | On Chesil Beach | 12/7/2023 |
| 200 | Legacy Rights Ltd. | 48 Beak St., London, W1F 9RL | Notice of Assignment | Fisherman's Friends | 3/1/2024 |

1601371_1

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor |
|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Jaguar Distribution Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-SFV

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$886,336.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$5,023,000.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$8,154,957.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Jaguar Distribution Corp.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Celsius Entertainment LTD**<br>**29 Brook Mews North**<br>**Hyde Park**<br>**London W2 3BW England** | 6/22/20 | $7,992.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Licensor Payments Per Contract** |
| 3.2. **Employment Development Dept.**<br>**P. O. Box 82676**<br>**Sacramento, CA 94230-6276** | 4/22/20,<br>5/4/20,<br>5/6/20,<br>5/18/20,<br>5/20/20,<br>6/3/20,<br>6/17/20,<br>7/1/20 | $12,843.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll Liabilities: CA - WT** |
| 3.3. **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | 4/22/20,<br>5/7/20,<br>5/20/20,<br>6/3/20,<br>6/17/20,<br>7/1/20 | $23,531.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll Liabilities: CA - WT** |
| 3.4. **KEW Media (fka Content)**<br>**Attn: Matthew Grosser**<br>**19 Heddon St**<br>**London W1B 4BG** | 5/5/20 | $32,137.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Licensor Payments Per Contract** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Jaguar Distribution Corp. | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Crayhill Capital Managment Jaguar Distribution Corporation (Spinning Man) IFTA Arbitration Case #19-40** | Contract | **Independent Film & Television Alliance IFTA Arbitral Tributal c/o The arbitral Agent 10850 Wllshire Blvd., 9th Fl Los Angeles, CA 90024** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    __Jaguar Distribution Corp._____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** | | | |
| **Danning, Gill, Israel & Krasnoff, LLP 1901 Ave of the Stars Suite 450 Los Angeles, CA 90067-6006** | **Attorneys fees for bankruptcy counsel (7/30/20 payment includes $1,717 filing fee)** | **8/15/19 $35,511.25; 9/19/19 $11832.10; 10/16/19 $13,490.80; 11/20/19 $6,450.53; 12/11/19 $6,134; 1/21/20 $11,443.20; 2/19/20 $9,008; 3/16/20 $12,839; 4/14/20 $19,064.19; 6/4/20 $3,199.50; 7/23/20 $1,905.15; 7/30/20 $30,391.50** | **$161,269.22** |
| **Email or website address www.danninggill.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| **11.2.** | | | |
| **Armory Consulting Co. 3943 Irvine Blvd Ste 253 Irvine, CA 92602** | **Financial Consultant and Chief Restructuring Officer** | **8/22/19 $19,309.94; 9/19/19 $19,442.13; 10/16/19 $18,614.31; 11/23/19 $19,401.66; 12/24/19 $18,256.93; 1/21/20 $17,984.14; 2/24/20 $18,198.59; 3/9/20 $15,691.79; 4/14/20 $22,020.44; 7/2/20 $20,572.33; 7/29/20: $26,902.55** | **$216,394.81** |
| **Email or website address www.armoryconsulting.com** | | | |
| **Who made the payment, if not debtor?** | | | |

| Debtor | Jaguar Distribution Corp. | | Case number *(if known)* | |
|---|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | The Terraces 12711 Ventura Boulevard, Suite 100 Studio City, CA 91604 | abandoned office furniture to the landlord | 4/30/20 | Unknown |
| | Relationship to debtor Debtor's former landlord | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 12711 Ventura Blvd Suite 300 Studio City, CA 91604 | approximately 1998 to 4/30/19 |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Debtor  **Jaguar Distribution Corp.**                                                    Case number *(if known)*

**profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **East West Bank**<br>**9378 Wilshire Blvd**<br>**Suite 100**<br>**Beverly Hills, CA 90210** | **XXXX-9710** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Payroll** | **6/2/20** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**3289 El Camino Real**<br>**Irvine, CA 92602** | **James Wong**<br>**3943 Irvine Blvd., #253**<br>**Irvine, CA 92602**<br><br>**Jenifer Isaacs**<br>**12720 Burbank Boulevard #208**<br>**Valley Village, CA 91607** | **accounting records, misc paperwork, posters, computers**<br>**(prepaid through 10/12/20)** | ☐ No<br>☑ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | Jaguar Distribution Corp. | Case number *(if known)* | |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Jennifer Isaacs c/o Jaguar Distribution Corp 12720 Burbank Boulevard #208 Valley Village, CA 91607-7000 | **2014 to current** |

| Debtor | Jaguar Distribution Corp. | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2. | **Greg M Seigel CPA**<br>**Sage Point Financial**<br>**182321 Ventura Blvd Ste 915**<br>**Tarzana, CA 91356** | **2017 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Greg M.Seigel CPA**<br>**Sage Point Financial**<br>**182321 Ventura Blvd Ste 915**<br>**Tarzana, CA 91356** | **2017 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Jennifer Isaacs**<br>**c/o Jaguar Distribution Corp**<br>**12720 Burbank Boulevard**<br>**#208**<br>**Valley Village, CA 91607** | |
| 26c.2. | **Greg M Seigel CPA**<br>**Sage Point Financial**<br>**182321 Ventura Blvd Ste 915**<br>**Tarzana, CA 91356** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Various unaudited financial statements**<br>**were provided to potential acquirers**<br>**under terms of confidentiality.** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Wong** | **Armory Consulting Co.**<br>**3943 Irvine Blvd., #253**<br>**Irvine, CA 92602** | **Appointed as Chief Restructuring Officer on March 5, 2020** | **N/A** |

Debtor    **Jaguar Distribution Corp.** _____    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeffrey Klein | 4651 Morse Ave. Sherman Oaks, CA 91423 | President, sole board member and 100% Shareholder | Resigned as President and appointed James Wong as Chief Restructuring Officer, effective as of 3/5/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeffrey S. Klein 4651 Morse Ave Sherman Oaks, CA 91423 | 7/27/19-3/5/20 - Gross salary of $14,315.38  paid 2x month, total $229,046.08 7/15/19-3/20  - Blue Shield Medical Insurance:  $24,734.98; Auto Insurance: $3,266.86; Auto Lease: $4,318.53; Cell phone: $3,197.53 | See second column | Employee earnings and benefits |
| | Relationship to debtor Shareholder and Former President | | | |
| 30.2. | Juliana Klein 5350 White Oak Ave #112 Encino, CA 91316 | 7/27/19-3/5/20 - Gross salary of $1,923.07, paid 2x month, total $30,769.12 | See second column | Employee compensation and benefits |
| | Relationship to debtor Daughter of Shareholder and Former President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Jaguar Distribution Corp.** _____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2020** _____

_____    _____    **James Wong** _____
Signature of inc                         ehalf of the debtor    Printed name

Position or relationship to debtor    **Chief Restructuring Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California-SFV

In re   **Jaguar Distribution Corp., a New York Corporation**                                    Case No.
_____
                                         Debtor(s)                                          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ hourly billing

     Prior to the filing of this statement I have received _____   $ _____ **($161,269.22 and $70,000
                                                                                                    retainer)**

     Balance Due _____   $ _____ balance due after retainer from
                                                                                                    monthly billing

$1,717.00 filing fee has been paid

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
         **Providing such additional services as customarily provided to a debtor and debtor-in-possession in
         a Chapter 11 case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Those not typically undertaken by reorganization counsel in a Chapter 11 case.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 31, 2020**
_____          _____
*Date*                                    **Zev M. Shechtman, zs@dgdk.com**
                                          *Signature of Attorney*
                                          **Danning, Gill, Israel & Krasnoff, LLP**
                                          **1901 Avenue of the Stars, Suite 450**
                                          **Los Angeles, CA 90067-6006**
                                          **(310) 277-0077   Fax: (310) 277-5735**
                                          *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Zev M. Shechtman, zs@dgdk.com**<br>**Danning, Gill, Israel & Krasnoff, LLP**<br>**1901 Avenue of the Stars, Suite 450**<br>**Los Angeles, CA 90067-6006**<br>**(310) 277-0077 Fax: (310) 277-5735**<br>California State Bar Number: **266280 CA** | |

☑ *Attorney for:  Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>   **Jaguar Distribution Corp., a New York Corporation**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **James Wong**                                                , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        See Addendum

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| July 31, 2020 | By: _____ | _____ |
|---|---|---|
| Date | Signature | y for Debtor |

Name:   **James Wong**
        Printed name of Debtor, or attorney for
        Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Jeffrey S. Klein
4651 Morse Avenue
Sherman Oaks, CA 91423

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**